Randy WHITE, Appellant,

v.

Kelly LOCK, Superintendent, Central
Missouri Correctional Center,
Respondent.

No. WD 54097.

Missouri Court of Appeals,
Western District.

Sept. 23, 1997.

Randy White, Jefferson City, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael Spillane, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ULRICH, C.J., P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM.

Randy White appeals the circuit court's judgment denying his petition for declaratory judgment. We affirm. Rule 84.16(b).

Willie ARRINGTON, Appellant,

v.

Jerome WEILER, Respondent.

No. WD 54031.

Missouri Court of Appeals,
Western District.

Sept. 23, 1997.

Willie Arrington, Jefferson City, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Milton Frazier, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ULRICH, C.J., P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM.

Willie Arrington appeals the circuit court's judgment dismissing his petition for replevin on the ground that it did not state a claim upon which relief can be granted. We affirm. Rule 84.16(b).